Judge: James F. Holderman, Jr.
Magistrate Judge: Young B. Kim
Filed: 12/19/12
Case: 12cv10137
ef

**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
2012 DEC 28 AM 9: 22
BY
FILED

IN RE: CAPITAL ONE TELEPHONE
CONSUMER PROTECTION ACT LITIGATION

MDL No. 2416

(SEE ATTACHED SCHEDULE)         8:12-cv-01844 AG(ANx)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On December 10, 2012, the Panel transferred 29 civil action(s) to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2012). Since that time, no additional action(s) have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable James F Holderman, Jr.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Holderman.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of Illinois for the reasons stated in the order of December 10, 2012, and, with the consent of that court, assigned to the Honorable James F Holderman, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

| | |
|---|---|
| Inasmuch as no objection is pending at this time, the stay is lifted.<br><br>Dec 19, 2012<br><br>CLERK'S OFFICE<br>UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | FOR THE PANEL:<br><br>*Jeffery Lüthi*<br><br>Jeffery N. Lüthi<br>Clerk of the Panel |

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK

By: s/ EUNICE M. TEJEDA
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

December 21, 2012

IN RE: CAPITAL ONE TELEPHONE
CONSUMER PROTECTION ACT LITIGATION                    MDL No. 2416

SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|---|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | | |
| CAC | 8 | 12-01844 | Phillip Baltazar v. Capital One Bank (USA) NA et al | 12cv10137 |
| **CALIFORNIA EASTERN** | | | | |
| CAE | 1 | 12-01860 | Biletnikoff v. Capital One Bank (USA.) N.A. | 12cv10138 |
| **CALIFORNIA SOUTHERN** | | | | |
| ~~CAS~~ | ~~3~~ | ~~12-02579~~ | ~~De La Torre v. Legal Recovery Law Office et al~~ Opposed 12/11/12 | |
| **FLORIDA MIDDLE** | | | | |
| FLM | 8 | 12-ap-00257 | Meininger v. Capital One Bank (USA), N.A. | 12cv10139 |
| FLM | 8 | 12-ap-0089 | Brook v. Capital One Bank (USA), N.A. | 12cv10140 |
| FLM | 8 | 12-ap-00898 | Hyman v. Capital One Bank (USA), N.A | 12cv10142 |
| **TENNESSEE WESTERN** | | | | |
| TNW | 2 | 12-02819 | Haines v. Capital One Bank (USA), N.A. | 12cv10144 |